IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No.: 05 C 3495 |
| LAMORE ELECTRIC, INC., an Illinois Corporation, PATSY LAMORE and DARRELL LAMORE, Individually, | ) ) ) ) ) | Judge: St. Eve Magistrate Judge: Cole |
| Defendants. | ) | |

## MEMORANDUM OF JUDGMENT

On May 1, 2006, Judgment was entered in favor of the Plaintiffs, TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS, and against Defendants, LAMORE ELECTRIC, INC., an Illinois Corporation, PATSY LAMORE and DARRELL LAMORE, Individually may issue instanter, in the total amount of $115,251.50.

DATED: 5-15-06

ENTER: _____
Honorable Judge Amy J. St. Eve

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Blvd.
Chicago, IL 60604
(312) 236-0415